FILED
CHARLOTTE, NC

MAY 10 2021

US DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket No. 3:19-cr-211-FDW |
| v. | |
| **LAWRENCE JEFFREY BROOKS** | **ORDER** |

Upon consideration of the Motion of the United States of America, by and through the United States Attorney for the Western District of North Carolina, and upon finding good cause for the retention of the methamphetamine seized on May 14, 2019 in U.S. Department of Homeland Security HSI Case Number CR13WS12CR0012, FPF Case Number 2019 1512 000556 01,

IT IS HEREBY ORDERED that the aforementioned methamphetamine be retained by the Department of Homeland Security until further Order of the Court.

SO ORDERED this 10th day of May 2021.

_____
THE HONORABLE FRANK D. WHITNEY
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF NORTH CAROLINA