IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:19-CR-211-FDW-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| LAWRENCE JEFFREY BROOKS, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Suppress And Incorporated Memorandum Of Law" (Document No. 159) filed November 24, 2021, and the "United States Of America's Response To Defendant's Motion To Suppress" (Document No. 160) filed November 26, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully reviewed Defendant's Motion and the Government's response, the undersigned finds that additional briefing from Defendant in reply to the Government's response (Document No. 160) is necessary, as ordered below.

**IT IS, THEREFORE, ORDERED** that Defendant shall file a reply to the "United States Of America's Response To Defendant's Motion To Suppress" (Document No. 160) on or before **January 14, 2022**. Defendant's reply brief should specifically address the issue of standing raised in the Government's response. See (Document No. 160).

**SO ORDERED**.

Signed: January 7, 2022

David C. Keesler
United States Magistrate Judge