IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:19-CR-00211-GCM-DCK

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| LAWRENCE JEFFREY BROOKS, | |
| Defendant. | |

**THIS MATTER** comes before the Court on the United States' Motion to Transfer Case Back to Original District Judge (ECF No. 191). Defendant filed a response opposing the motion. *See* ECF No. 192. The Court will grant the motion for the reasons stated in the motion.

**IT IS THEREFORE ORDERED** that the Motion to Transfer Case Back to Original District Judge (ECF No. 191) is **GRANTED**. The Clerk is directed to **TRANSFER** this case to the Honorable Frank D. Whitney, United States District Judge.

**SO ORDERED**.

Signed: May 16, 2022

Graham C. Mullen
United States District Judge